# CONNELL FOLEY LLP

## ATTORNEYS AT LAW

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD (2012)
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*†
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN*
EDWARD S. WARDELL
PETER J. SMITH*
WILLIAM P. KRAUSS
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY*
MICHAEL J. CROWLEY-
TIMOTHY E. CORRISTON*
PATRICK J. HUGHES*+
JAMES C. MCCANN*
JOHN D. CROMIE

ANGELA A. IUSO*
WILLIAM T. MCGLOIN*
BRENDAN JUDGE
STEPHEN A. URBAN
CHARLES J. HARRINGTON III*
STEPHEN V. FALANGA*
TRICIA O'REILLY*
ANTHONY F. VITIELLO*†
MARC D. HAEFNER
JONATHAN P. MCHENRY
BRAD D. SHALIT*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
MICHAEL A. SHADIACK
OWEN C. MCCARTHY*
PATRICIA A. LEE*†
AGNIESZKA ANTONIAN*
CHRISTOPHER J. TUCCI+
NEIL V. MODY*
STEVE BARNETT*
THOMAS M. SCUDERI*
JOSEPH M. MURPHY*
NANCY A. SKIDMORE*
CHRISTINE S. ORLANDO
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
CHRISTINE I. GANNON*
ANDREW C. SAYLES*
WILLIAM D. DEVEAU*

*ALSO ADMITTED IN NEW YORK
+ALSO ADMITTED IN PENNSYLVANIA
-ONLY ADMITTED IN NEW YORK
PLEASE REPLY TO CHERRY HILL, NJ

LIBERTY VIEW
457 HADDONFIELD ROAD, SUITE 230
CHERRY HILL, NJ 08002
(856) 317-7100
FAX: (856) 317-7117

OTHER OFFICES

85 LIVINGSTON AVENUE
ROSELAND, NJ
07068-3702
(973) 535-0500
FAX: (973) 535-9217

888 SEVENTH AVENUE
9TH FLOOR
NEW YORK, NY 10106
(212) 307-3700
FAX: (212) 262-0050

HARBORSIDE FINANCIAL
CENTER
2510 PLAZA FIVE
JERSEY CITY, NJ 07311
(201) 521-1000
FAX: (201) 521-0100

1500 MARKET STREET
12TH FLOOR,
EAST TOWER
PHILADELPHIA, PA
19102
(215) 246-3403
FAX: (215) 665-5727

THE ATRIUM, SUITE E
309 MORRIS AVENUE
SPRING LAKE, NJ 07762
(732) 449-1440
FAX: (732)449-0934

COUNSEL

JOHN W. BISSELL
EUGENE J. CODEY, JR.
FRANCIS J. ORLANDO
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
BRIAN P. MORRISSEY-
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*

DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
HECTOR D. RUIZ*
ROBERT A. VERDIBELLO*
PHILIP W. ALLOGRAMENTO III*
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
ANTHONY J. CORINO*
INGRID E. DA COSTA
MEGHAN BARRETT BURKE*
RUKHSANAH L. SINGH*
BRITTANY E. MIANO*
STACIE L. POWERS*
NICOLE B. DORY*
MICHAEL BOJBASA-
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI*
MELISSA D. LOPEZ
ANDREW L. BARON*
JASON D. FALK*
MICHAEL J. SHORTT+
VICTORIA N. MANOUSHAGIAN*
PATRICK J. MURPHY, III*

KARIN I. SPALDING*
JODI ANNE HUDSON*
RICHARD A. JAGEN
JASON E. MARX*
ALEXIS E. LAZZARA
GAIL GOLDFARB*
THOMAS VECCHIO+
DANIEL B. KESSLER*

_____

MEGHAN K. MUSSO*
BRENDAN W. CARROLL*
ELEONORE OFOSU-ANTWI*
EDMUND J. CAULFIELD*
SYDNEY J. DARLING*
JESSICA L. PALMER*
NEIL V. SHAH*
STEPHEN R. TURANO*
STEVEN A. KROLL*
ROBERT M. DIPISA*
MATTHEW A. BAKER+
MICHAEL J. CREEGAN*
THOMAS M. BLEWITT, JR.+
BRIAN S. WOLFSON
MARY F. HURLEY
DANIELLE M. NOVAK+
KATELYN O'REILLY
JAMES E. FIGLIOZZI-
MATTHEW D. FIELDING*
MELISSA L. HIRSCH+
MARIEL L. BELANGER*
NICHOLAS W. URCIUOLI
KERRY C. DONOVAN
GENEVIEVE L. HORVATH

Writer's Direct Dial: 856-371-7118
Writer's Email Address: mbaker@connellfoley.com

May 8, 2013

**VIA ECF**
The Honorable Steven C. Mannion, U.S.M.J.
King Building & U.S. Courthouse
50 Walnut St., P.O. Box 999
Newark, NJ 07101-0999

> Re:    **Montvale Surgical Center v. Horizon Blue Cross Blue Shield of New Jersey**
> **Docket No. 12-2539 & 12-6867**

Dear Judge Mannion:

Please be advised that this firm represents Horizon Blue Cross Blue Shield of New Jersey ("Horizon") in the above captioned matters. Currently pending before Your Honor on May 16, 2013 is a settlement conference for both of these matters. The parties jointly request an adjournment of these settlement conferences for approximately four (4) weeks.

By way of background, Montvale Surgical Center currently has approximately fifteen (15) actions pending against Horizon in this Court. Although the parties originally sought consolidation of these actions, the motion for consolidation was ultimately denied and each matter has been proceeding on its own track. The parties have previously appeared for a settlement conference in regards to these matters but the same was unsuccessful.

In an attempt to avoid motion practice and to conserve both time and resources, the parties have recently been attempting to see if a global settlement of these matters is possible. The parties are currently in the process of exchanging proposals and conferring with their clients to see if there is an agreement that can be reached. As such, settlement of individual cases at this time is unlikely.

2908076-01

May 8, 2013
Page 2

Counsel for both parties are frequently in contact and have been working diligently towards a possible resolution of these matters as a whole.  The parties jointly request that the settlement conference in this matter be adjourned for approximately four (4) weeks while the parties continue to attempt to come to a global resolution.

An adjournment of this settlement conference would allow the parties to fully exchange proposals and give sufficient time to reach an agreement, if possible.  A global resolution would alleviate the need for individual settlement conferences in this matter.  As such, an adjournment of the conferences would preserve the resources of both the Court and the respective parties, in the event that a global settlement is reached.

As always, we are available to answer any questions Your Honor or Your Honor's staff may have on this matter.  If this request meets with Your Honor's approval, for the Court's convenience, a "So Ordered" signature line is included *infra*.

Respectfully submitted,

s/ *Matthew Baker*

Matthew A. Baker

Cc:     Andrew Bronsnick, Esq. (Via CM/ECF and Email)


IT IS SO ORDERED this _____ of May 2013, that the settlement conferences listed in Docket No. 12-2539 and 12-6867 are hereby adjourned until _____, 2013.


_____
HON. STEVEN C. MANNION, U.S.M.J.