# Connell Foley LLP
### ATTORNEYS AT LAW

**85 Livingston Avenue**
**Roseland, NJ 07068-3702**
(973) 535-0500
FAX: (973) 535-9217

**Other Offices**

Harborside Financial Center
2510 Plaza Five
Jersey City, NJ 07311
(201) 521-1000
Fax: (201) 521-0100

888 Seventh Avenue
9th Floor
New York, NY 10106
(212) 307-3700
Fax: (212) 262-0050

1500 Market Street
12th Floor, East Tower
Philadelphia, PA 19102
(215) 246-3403
Fax: (215) 665-5727

Liberty View
457 Haddonfield Road, Suite 230
Cherry Hill, NJ 08002
(856) 317-7100
Fax: (856) 317-7117

The Atrium, Suite E
309 Morris Avenue
Spring Lake, NJ 07762
(732) 449-1440
Fax: (732) 449-0934

John A. Pindar (1969)
George W. Connell (2005)
Adrian M. Foley, Jr.
George J. Kenny*
Kenneth F. Kunzman
Samuel D. Lord (2012)
Richard D. Catenacci
Richard J. Badolato*
Peter D. Manahan
John B. Murray
Mark L. Fleder
Kevin J. Coakley
Thomas S. Cosma
Kathleen S. Murphy
Patrick J. McAuley
Peter J. Pizzi*+
Kevin R. Gardner
Robert E. Ryan
Michael X. McBride*
Jeffrey W. Moryan*
Edward S. Wardell
Peter J. Smith*
William P. Krauss
Brian G. Steller
Philip F. McGovern, Jr.
Karen Painter Randall
Liza M. Walsh
John P. Lacey*
Michael J. Crowley-
Timothy E. Corriston*

Patrick J. Hughes*+
James C. McCann*
John D. Cromie
Angela A. Iuso*
William T. McGloin*
Brendan Judge
Stephen A. Urban
Charles J. Harrington III+
Stephen V. Falanga*
Tricia O'Reilly*
Anthony F. Vitiello*+
Marc D. Haefner
Jonathan P. McHenry
Brad D. Shalit*
M. Trevor Lyons*
Craig S. Demareski*
W. Nevins McCann*
Thomas J. O'Leary*
Mitchell W. Taraschi
Michael A. Shadiack
Owen C. McCarthy*
Patricia A. Lee*+
Agnieszka Antonian*
Christopher J. Tucci+
Neil V. Mody*
Steve Barnett*
Thomas M. Scuderi*
Joseph M. Murphy*
Nancy A. Skidmore*
Christine S. Orlando

**Counsel**

John W. Bissell
Eugene J. Codey, Jr.
Francis J. Orlando
Francis E. Schiller*
Eugene P. Squeo*
Brian P. Morrissey-
Noel D. Humphreys*
Anthony Romano II*

Douglas J. Short*
James M. Merendino
Michele T. Tantalla*
Hector D. Ruiz*
Robert A. Verdibello*
Jennifer C. Critchley*
Patrick S. Brannigan*
Christine I. Gannon*
Philip W. Allogramento III*
Laurie B. Kachonick*
Andrew C. Sayles*
Stephen D. Kessler
Christopher Abatemarco*
Anthony J. Corino*
Ingrid E. da Costa
William D. Deveau*
Meghan Barrett Burke*
Rukhsanah L. Singh*
Brittany E. Miano*
Stacie L. Powers*
Nicole B. Dory*
Michael Bojbasa-
Christopher M. Hemrick*
Susan Kwiatkowski*
Melissa D. Lopez
Andrew L. Baron*
Jason D. Falk*

Karin I. Spalding*
Jodi Anne Hudson*
Richard A. Jagen
Jason E. Marx*
Jenna A. Conrad+
Alexis E. Lazzara
Shannon L. Keim
Daniel B. Kessler*

———

Michael J. Shortt+
Victoria N. Manoushagian*
Meghan K. Musso*
Brendan W. Carroll*
Eleonore Ofosu-Antwi*
Edmund J. Caulfield*
Sydney J. Darling*
Jessica L. Palmer*
Neil V. Shah*
Stephen R. Turano*
Steven A. Kroll*
Robert M. DiPisa*
Matthew A. Baker+
Michael J. Creegan*
Thomas M. Blewitt, Jr.+
Brian S. Wolfson
Sonya B. Cole*
Mary F. Hurley
Danielle M. Novak+
Katelyn O'Reilly*
James E. Figliozzi-
Matthew D. Fielding*
Melissa L. Hirsch+
Mariel L. Belanger*
Nicholas W. Urciuoli

*Also Admitted in New York
+Also Admitted in Pennsylvania
-Only Admitted in New York
Please Reply to Roseland, NJ

July 15, 2013

**VIA ECF & FAX**
Hon. Steven Mannion U.S.M.J.
King Building & U.S. Courthouse
50 Walnut St., P.O. Box 999
Newark, NJ 07101-0999

Re: *Montvale Surgical Center v. Horizon Blue Cross Blue Shield of New Jersey*
Civ. No. 12-6867 (ES/SCM)

Dear Judge Mannion:

    This firm represents Defendant Horizon Blue Cross Blue Shield of New Jersey (hereinafter "Horizon") in the above-referenced matter. On June 21, 2013, the parties appeared before Your Honor for a settlement conference. There are currently sixteen (16) "Montvale v. Horizon" matters pending in this Court. The parties attempted to come to a global resolution of these cases. Ultimately, the parties were not able to settle and Your Honor ordered that Horizon shall file a motion for summary judgment by July 19, 2013; Plaintiff shall file opposition by August 9, 2013 and Horizon shall file a reply by August 16, 2013 (Docket No. 13).

    With the consent of counsel for Plaintiff, I write to request a two-(2) week extension of the foregoing deadlines, which results in Horizon's motion for summary judgment being filed by August 2, 2013; Plaintiff's reply being filed by August 23, 2013 and any reply by August 30, 2013. The parties are making one last attempt at settlement and currently have a settlement conference scheduled with Judge Arleo on July 25, 2013. In light of this pending conference, the parties have resumed negotiations and are hopeful that these matters can be resolved before Judge Arleo at the settlement conference on July 25, 2013. The parties respectfully request that the deadline for filing in this case be extended two (2) weeks so in the event settlement is reached the parties can avoid the

2943785-01

Hon. Steven Mannion U.S.M.J.
July 15, 2013
Page 2

expense of motion practice. There have been no prior requests for an extension of these briefing deadlines.

As always, we are available to answer any questions Your Honor or Your Honor's staff may have on this matter. If this request meets with Your Honor's approval, for the Court's convenience, a "So Ordered" signature line is included *infra*.

Respectfully submitted,

s/ *Matthew A. Baker*

Matthew A. Baker

Cc:   Andrew Bronsnick, Esq. (Via CM/ECF and Email)
      Hon. Madeline Cox Arleo, U.S.M.J. (Via Facsimile)

**IT IS SO ORDERED** this _____ of July, 2013, that Horizon's motion for summary judgment shall be filed by **August 2, 2013**; any opposition by **August 9, 2013**; and any reply brief by **August 30, 2013.**

_____
HON. STEVEN MANNION, U.S.M.J.

2943785-01