**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for: Plaintiffs

**CLOSED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MONTVALE SURGICAL CENTER, LLC.
a/s/o/ W.S.,

                    Plaintiff(s),

v.

HORIZON BLUE CROSS BLUE SHIELD
OF NEW JERSEY INC.; REMPAC FOAM,
LLC; ABC CORP. (1-10) (Said names being
fictitious and unknown entities)

                    Defendant(s),

CIVIL ACTION NO.: 2:12-cv-06867

**CIVIL ACTION**

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

It is hereby stipulated and agreed that all claims in the above-captioned matter are hereby dismissed without costs against Horizon Blue Cross Blue Shield of New Jersey and Rempac Foam, LLC with prejudice.

MASSOOD & BRONSNICK, LLC
Attorneys for Plaintiff

s/ Andrew R. Bronsnick
_____
ANDREW R. BRONSNICK, ESQ.

Dated: January 14, 2014

CONNELL FOLLEY, LLP
Attorneys for Horizon

_____
CHRISTOPHER ABATEMARCO, ESQ.

So Ordered
Esther Salas, U.S.D.J.
1/16/14

Massood & Bronsnick, LLC
Attorneys at Law